UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TALIEK PAYNE,<br>                    Defendant. | 24-CR-152-3 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **June 20, 2024,** at **11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: June 13, 2024
       New York, New York

                                                    DALE E. HO
                                                   United States District Judge