UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | 24-CR-152-3 (DEH) |
| TALIEK PAYNE, | ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

    IT IS HEREBY ORDERED that the conference previously scheduled for June 20, 2024, is RESCHEDULED for **June 25, 2024**, at **10:00 a.m**. in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                              DALE E. HO
                                     United States District Judge