UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TALIEK PAYNE,

               Defendant.

24-CR-152-3 (DEH)

ORDER

DALE E. HO, United States District Judge:

      On September 18, 2024, in accordance with the Court's instructions, *see* ECF No. 53, defense counsel filed redacted versions of a Motion to Request Leave to File Status Letter and Subpoena and Addendum Under Seal, *see* ECF No. 55, and a Motion Requesting Continuance of Sentencing, *see* ECF No. 56.

      Relief as to the requests set forth in ECF Nos. 55 and 56 has already been granted by the Court. *See* ECF No. 53. The Clerk of Court is therefore respectfully requested to close ECF Nos. 55 and 56.

SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                                DALE E. HO
                                      United States District Judge