

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 5, 2024

<span style="color:blue">Application **GRANTED**. The victims may attend the sentencing and address the court via telephone on November 22, 2024. The Court will provide the victims with the necessary dial-in information. The Clerk of Court is respectfully requested to close ECF No. 65.
.
**SO ORDERED.**

Dale E. Ho
United States District Judge
New York, New York
Dated: November 6, 2024</span>

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Taliek Payne*, 24 Cr. 152 (DEH)

Dear Judge Ho:

    The Government writes in advance of defendant Taliek Payne's sentencing, which is scheduled for November 22, 2024. The two victims of the September 19, 2023 gunpoint robbery, charged in Count Three of the Indictment, have informed the Government, through counsel, that they would like to address the Court at Payne's forthcoming sentencing, pursuant to 18 U.S.C. § 3771(a)(4) ("A crime victim has . . . [t]he right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding."). The victims have requested that they be permitted to attend and address the Court virtually at the sentencing due to personal circumstances that would make appearing in person difficult. Specifically, one of the victims is located in a different state and would have to take a multi-hour flight to attend the sentencing. The other victim has certain personal responsibilities that would make it difficult for her to attend in person. Accordingly, the Government respectfully requests that the Court permit the victims to attend and address the Court virtually at Payne's sentencing on November 22, 2024.

    The Government has conferred with defense counsel for Payne who does not object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Meredith C. Foster
Georgia V. Kostopoulos
Assistant United States Attorneys
(212) 637-2310/-2212