UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>TALIEK PAYNE,<br>               Defendant. | 24-CR-152-3 (DEH)<br><br>REVISED SCHEDULING ORDER |

DALE E. HO, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing hearing in this matter, previously scheduled for November 22, 2024, at 2:00 p.m., is RESCHEDULED **for November 21, 2024, at 10:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: November 18, 2024
        New York, New York

                                                     DALE E. HO
                                            United States District Judge